**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN
DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  20-08733 |
| Tyler C Edwards | ) | |
| | ) | HON. David D. Cleary |
| DEBTOR | ) | CHAPTER 13 |

**AMENDED NOTICE OF MOTION**

TO:   Trustee Marilyn O. Marshall, 224 S. Michigan Ave., #800, Chicago, IL 60604, via electronic court notification;

St. Clair County Circuit Clerk, 10 Public Square, Belleville, IL 62220, via U.S. Mail;

St. Clair County Circuit Clerk, P.O. Box 691, Belleville, IL 62220, via U.S. Mail;

See attached service list.

PLEASE TAKE NOTICE THAT that on May 10, 2021 at 1:30 p.m., I will appear before the Honorable Judge David D. Cleary or any judge sitting in that judge's place and present the motion of Debtor to Extend Time to File a Claim on Behalf of Creditor, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance at the courthouse is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/join. Then enter the meeting ID and passcode.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644. The meeting ID and passcode can also be found on Judge Cleary's webpage on the court's web site, https://www.ilnb.uscourts.gov/content/judge-david-d-cleary.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

      By:    David H. Cutler
            Counsel for Debtor(s)
            Cutler & Associates, Ltd.
            4131 Main St.
            Skokie, IL 60076
            Phone: (847) 673-8600
            cutlerfilings@gmail.com

### **CERTIFICATE OF SERVICE**

    I, David H. Cutler, hereby certify that I served a copy of this Amended Notice electronically or through U.S. Mail on each entity shown on the attached list at the address shown on the list on April 19, 2021 by 7:00 p.m.

      By:    /s/ David H. Cutler
            David H. Cutler, esq.
            Counsel for Debtor(s)
            Cutler & Associates, Ltd.
            4131 Main St.
            Skokie, IL 60076