| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-08733<br>Northern District of Illinois<br>Eastern Division<br>Mon Apr 19 17:35:19 CDT 2021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Account Resolution Corp<br>Attn: Bankruptcy<br>POB 3860<br>Chesterfield, MO 63006-3860 |
| Advance Paycheck<br>2400 Caton Farm Rd. Unit-P<br>Crest Hill, IL 60403-1387 | Advance Paycheck<br>2400 Caton Farm Rd. Unit-P<br>Crest Hill, IL 60403<br>Americash Loans<br>848 N Route 59<br>Aurora, IL 60504-4913 | Americash Loans<br>848 N Route 59<br>Aurora, IL 60504-4913 |
| Bank of America<br>100 N. Tryon St<br>Charlotte, NC 28202-4024 | Bank of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 | Brandon S. Lefkowitz<br>29777 Telegraph Road, Suite 2440<br>Southfield, MI 48034-7667 |
| Citizens Fin<br>7941 West 171st Street<br>Tinley Park, IL 60477-3244 | Commonwealth Edison Co<br>3 Lincoln Center<br>Attn: Bankruptcy Section<br>Oak Brook Terrace IL 60181-4204 | Commonwealth Financial Systems<br>245 Main St<br>Dickson City, PA 18519-1641 |
| Credit Collections Services<br>Attention: Bankruptcy<br>725 Canton Street<br>Norwood, MA 02062-2679 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 | ERC/Enhanced Recovery Corp<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 |
| Harris & Harris LTD<br>111 W Jackson Blvd, Ste 400<br>Chicago, IL 60604-4135 | Honor - C/O Peritus Portfolio Services<br>P.O. Box 141419<br>Irving, TX 75014-1419 | Honor Finance<br>c/o Westlake Portfolio Management<br>PO Box 76809<br>Los Angeles, CA 90076-0809 |
| Illinois Child Support<br>Mail Response Unit<br>POB 19405<br>Springfield, IL 62794-9405 | Illinois Student Assistance Commission<br>Bankruptcy Department<br>1755 Lake Cook Road<br>Deerfield IL 60015-5215 | Illinois Tollway<br>POB 5544<br>Chicago, IL 60680-5491 |
| Impact Receivables Management<br>11104 W Airport Blvd<br>Stafford, TX 77477-3035 | Julie Banh<br>1884 Fescue Drive<br>Aurora, IL 60504-4301 | Kimberly J Weissman, LLC<br>633 Skokie Blvd, Ste 400<br>Northbrook, IL 60062-2826 |
| Kimberly J Weissman, LLC<br>899 Skokie Blvd<br>Suite 514<br>Northbrook, IL 60062-4053 | MRS BPO<br>Attn: Bankruptcy<br>1930 Olney Ave<br>Cherry Hill, NJ 08003-2016 | MoneyLion of Illinois<br>PO Box 1547<br>Sandy, UT 84091-1547 |
| Online Collections<br>Po Box 1489<br>Winterville, NC 28590-1489 | Professional Account Management<br>633 W Wisconsin Ave<br>Milwaukee, WI 53203-1920 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076-2780

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Tyler C Edwards
9000 W 140th St, Apt 3A
Apt 528
Orland Park, IL 60462-2128

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Account Resolution Corp
Attn: Bankruptcy
Po Box 3860
Chesterfield, MO 63006-3860

(d)Advance Paycheck, Inc.
2400 Caton Farm Road
Unit P
Crest Hill, IL 60403-1387

(d)Bank of America
100 N. Tryon St
Charlotte, NC 28202-4024

End of Label Matrix
Mailable recipients    33
Bypassed recipients     3
Total                  36