UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                )            BK No.:   20-08733
Tyler C Edwards       )
                      )
                      )            Chapter:  13
                      )            Honorable David D. Cleary
                      )
                      )
        Debtor(s)     )

**ORDER TO EXTEND TIME FOR DEBTOR TO FILE CLAIM ON BEHALF OF CREDITOR**

THIS MATTER coming to be heard on the Motion to Extend Time for Debtor to File Claim on behalf of Creditor;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The time for the Debtor to file a general unsecured claim on behalf of the Circuit Clerk of St. Clair County is extended to May 24, 2021 and that the claim shall be allowed as timely, and

2. Nothing in this order shall require trustee to perform collections regarding any prior payments made to creditors.

Enter:  *David D. Cleary* (signature)

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  May 10, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600